**No. 10-6917. Denys Ray Hughes, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 585, 178 L. Ed. 2d 427, 2010 U.S. LEXIS 8782.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6922. Larry Arnold Young, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 585, 178 L. Ed. 2d 427, 2010 U.S. LEXIS 8769.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 267.

**No. 10-6925. Douglas Whisnant, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 586, 178 L. Ed. 2d 427, 2010 U.S. LEXIS 8691.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 391 Fed. Appx. 426.

**No. 10-6926. Marcial Avila-Anguiano, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 586, 178 L. Ed. 2d 427, 2010 U.S. LEXIS 8705.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 609 F.3d 1046.

**No. 10-6930. Alvaro Augustin Mejia, Petitioner v. United States.**

562 U.S. 1037, 131 S. Ct. 586, 178 L. Ed. 2d 427, 2010 U.S. LEXIS 8778.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 340, 597 F.3d 1329.

**No. 10-6943. James Harris Bey, Jr., Petitioner v. United States.**

562 U.S. 1037, 131 S. Ct. 586, 178 L. Ed. 2d 427, 2010 U.S. LEXIS 8671.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 384 Fed. Appx. 486.